Donald S. Burris (*Admitted Pro Hac Vice*)
BURRIS, SCHOENBERG & WALDEN, LLP
12121 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
Telephone: (310) 442-5559
Facsimile: (310) 442-0353
don@bslaw.net
Attorneys for Defendant JOSEPH MANFREDONIA

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>JOSEPH MANFREDONIA,<br><br>　　Defendant. | Case No. 2:08-cr-00178-PMP (RJJ)<br>(The Honorable Philip M. Pro)<br><br>**[Proposed] Order for Scheduling of Hearing Dates**<br><br>(Stipulation Filed Concurrently Herewith)<br><br>~~Old Competency Hearing Date: August 20, 2010~~<br><br>New Plea Hearing Date:<br>September 13, 2010<br>Time: 10:00 a.m.<br><br>Filed: June 11, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having reviewed the Stipulation for Scheduling of Hearing Dates (the "Hearing") filed by Plaintiff UNITED STATES OF AMERICA ("Plaintiff"), on the one hand, and Defendant JOSEPH MANFREDONIA ("Defendant"), the Court hereby ORDERS that:

1. The Competency Hearing scheduled for August 20, 2010 shall be taken off calendar; and

2. The Change of Plea Hearing shall be scheduled for September 13, 2010 at 10:00 a.m. in Courtroom 7c; and

3. It is further ORDERED:

_____.

_____
The Honorable Philip M. Pro,
U.S. District Court Judge

DATED: August 19, 2010.

**3216.001**

[PROPOSED] Order for Scheduling of Hearing Dates

- 2 -