FILED

SEP 13 2010

CLERK U.S. DISTRICT COURT
DISTRICT OF NEVADA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:08-CR-0178-PMP (RJJ) |
| ) | |
| JOSEPH MANFREDONIA, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

On September 13, 2010, defendant JOSEPH MANFREDONIA pled guilty to Count One of a Five-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Mail Fraud, Wire Fraud, and Bank Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Indictment.

This Court finds that defendant JOSEPH MANFREDONIA shall pay a criminal forfeiture money judgment of $1,032,462.73 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853.

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JOSEPH MANFREDONIA a criminal forfeiture money judgment in the amount of $1,032,462.73 in United States Currency.

DATED this 13th day of Sept., 2010.

_____
UNITED STATES DISTRICT JUDGE