UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH MANFREDONIA, ) <br> ) <br> Defendant. ) | 2:08-CR-0178-PMP-RJJ |

**ORDER OF FORFEITURE**

This Court found on September 13, 2010, that JOSEPH MANFREDONIA shall pay a criminal forfeiture money judgment of $1,032,462.73 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JOSEPH MANFREDONIA a criminal forfeiture money judgment in the amount of $1,032,462.73 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A); Title 18,

. . .

. . .

. . .

. . .

1  United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18,
2  United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this __ 31st day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Jacqueline L. Peltier, certify that the following individual was served with a copy of the (Proposed) Order of Forfeiture on January 28, 2011, by the below identified method of service:

E-mail/ECF

Donald S. Burris
Burris, Schoenberg & Walden, LLP
12121 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
Email: don@bslaw.net
Counsel for Joseph Manfredonia

/s/ Jacqueline L. Peltier
JACQUELINE L. PELTIER
Paralegal Specialist